UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LARRY D. KINSTLER,
    Plaintiff,

Civil Action No. 1:15-cv-139
Beckwith, J.
Litkovitz, M.J.

vs.

LAWRENCE COUNTY, et al.,
    Defendants.

**ORDER**

This matter is before the Court following a telephone status conference held on October 15, 2015. Given the final disposition of Case No. 1:14-cr-120, the stay of the case as to defendants Hanshaw, Hatfield, and Mays entered on June 2, 2015 is VACATED.

Defendants Hanshaw, Hatfield, and Mays are GRANTED an extension of time until October 22, 2015 to file an amended answer in this case.

This matter is scheduled for a status conference on November 16, 2015 at 2:00 p.m.

**IT IS SO ORDERED**.

Date: 10/15/2015

s/Karen L. Litkovitz
Karen L. Litkovitz
United States Magistrate Judge